NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## ANTONIO J. RODRIGUEZ,
*Petitioner,*

v.

## MERIT SYSTEMS PROTECTION BOARD,
*Respondent.*

---

2010-3149

---

Petition for review of the Merit Systems Protection Board in case no. NY0731090060-B-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The petitioner's opening brief is due within 21 days of the date of filing of this order.

FOR THE COURT

**SEP 2 2 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Antonio J. Rodriguez
     Corinne A. Niosi, Esq.
     Michael Carney, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 2 2010

JAN HORBALY
CLERK